**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lyndon P. Graves, Sr., | No. CV-19-02463-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| David Bernhardt, *et al.*, | |
| Defendants. | |

At issue is *pro se* Plaintiff Lyndon P. Graves's First Amended Complaint (Doc. 9). Having previously dismissed Plaintiff's Complaint with leave to refile pursuant to 28 U.S.C. § 1915(e)(2), the Court now dismisses Plaintiff's claim against the United States House of Representatives because members of Congress acting within their legislative capacity enjoy absolute immunity from civil suits. *Eastland v. U.S. Servicemen's Fund*, 421 U.S. 491, 503 (1975). As for the remaining claims,

**IT IS ORDERED** that Plaintiff may serve a Summons and the First Amended Complaint (Doc. 9) on the remaining Defendants, and must comply with Federal Rule of Civil Procedure 4(i) in doing so.

Dated this 15th day of May, 2019.

Honorable John J. Tuchi
United States District Judge